Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN OF WASHINGTON
# AT SEATTLE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | NO. CR09-0353RSL |
| v. | ) | ORDER |
| ISAIAH MANUEL CAMPBELL, a.k.a. CHRISTOPHER J. MONROE, and MIGUEL ANTONIO PINEIRO, JR. | ) | CONTINUING TRIAL |
| Defendants. | ) | |

THIS MATTER COMES before the Court on the stipulation of the government and the defendants Isaiah Campbell and Miguel Pineiro, Jr. requesting an order resetting suppression hearing and trial dates. Having considered the stipulation of the parties and all the files and records herein,

THE COURT FINDS AS FOLLOWS:

1. The facts and circumstances are as set forth in the Stipulation Requesting Order Continuing Trial.

2. Failure to grant a continuance in this case will deny counsel the reasonable time necessary for effective preparation of trial and other pretrial proceedings, taking into account the exercise of due diligence;

3. Failure to grant a continuance would likely result in a miscarriage of justice;

4. The ends of justice served by granting this continuance outweigh the best interest

ORDER
CONTINUING TRIAL/CR09-0353 RSL - 1

**Bell Flegenheimer**
119 First Avenue South
500 Maynard Building
Seattle, WA 98104
(206) 621-8777

1. of the public and the defendants in a speedy trial;

2. 5. All these findings are made within the meaning of 18 U.S.C. §3161 (h)(7)(A), (h)(7)(B)(i) and (h)(7)(B)(iv).

6. The period of time from the date of this order until the new trial date shall be excluded from the computation of time under the Speedy Trial Act.

THE COURT THEREFORE ORDERS THAT:

The trial shall be continued to April 5, 2010. The suppression hearing shall be reset to March 16, 2010.

The defendants shall immediately file with the Court a waiver of their rights under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

DATED this 22nd day of January, 2010.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER
CONTINUING TRIAL/CR09-0353 RSL - 2

**Bell Flegenheimer**
119 First Avenue South
500 Maynard Building
Seattle, WA 98104
(206) 621-8777